7-25-2016

16-CV-394-KD-N

Cynthia Hall 2-2-54

Medical Malpractice Suite

File Claim - Against John Patrick Chouck

Damage to my spine due to A nuecluhe Block done on about Aug 20th

Had a Block did Aug 14th That made him do MRI and This Block He said it was done Aug 14 2014 but my sister died that day The Nurse Britny + Stacey now Dead took my meds I screamed He would not stop was crying He showed No mercy They said were you parked Alfred told them MRI Parking good Lets get He out of Here before Someone sees Her When I made it Home it took 4 Men to get me in my House I was paralized for days still got the nuclluhe Runing through my body Can't stand on my feet lay down my back walk very little on a walker ulcers on my Butt + bend of my Legs Bed sores wound Care Nerve Studies done He Dr Coll said permanite I have no Life for 2 yrs

Want John Patick Chouch to Hurt I will no Live DR Chenn Did the Same Block on My Husband Alfred Hall Cut A Berve in his Back He Had to Sleep in A Recliner 3 month Chenn Sordered The Nerve Back DR Chouch Never tried to Do Anything got a Ride of Records + MRI For that Day I Cynthia Hall Want Him to Pay For My Life one Million Dollars and More Justin Palmer Did not Order A Ruculare Block I wanted A Symatictic Block ever time

Lots More No time They are chosing

Cynthia Hall

Against

John Patrick Chouch

Ready For Court

Green + Phillips Sot on this Case seace Janorfed 2015 gave me Lease then a week Charles Davis Atty?