# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 16-00394-KD-N |
| | ) |
| MD JOHN PATRICK COUCH, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant and against the Plaintiff, such that all claims are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 23rd day of September 2016.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**